**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-26377-CIV-ALTONAGA/Reid

DISABILITY RIGHTS FLORIDA, INC.,

*Plaintiff*,

v.

KATHRYN WILLIAMS, in her official capacity as Interim Secretary of the Florida Department of Children and Families,

*Defendant*.
_______________________________________/

## JOINT MOTION FOR ENTRY OF RULE 502(D) ORDER

Plaintiff, Disability Rights Florida, Inc., and Defendant, Kathryn Williams, in her official capacity as Interim Secretary of Children and Families, respectfully move the Court to enter the attached proposed order pursuant to Federal Rule of Evidence 502(d) to protect against the waiver of the attorney-client privilege and work-product protections.

Dated November 6, 2026.

Respectfully submitted,

/s/ *Kelly Knapp*
Kelly Knapp (FBN 1011018)
kelly.knapp@splcenter.org
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 786-347-2056
*Counsel for Plaintiff, Disability Rights Florida, Inc.*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
abardos@shutts.com
Nicholas J.P. Meros (FBN 120270)
nmeros@shutts.com
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-201-6269
*Counsel for Defendant, Interim Secretary Williams*

Curtis Filaroski (FBN 111972)
curtisf@disabilityrightsflorida.org
DISABILITY RIGHTS FLORIDA
1000 North Ashley Drive, Suite 640
Tampa, Florida 33602

Caitlyn Clibbon (FBN 1011014)
caitlync@disabilityrightsflorida.org
DISABILITY RIGHTS FLORIDA
2473 Care Drive, Suite 200
Tallahassee, Florida 32308

Gabriella Marquez (FBN 1059018)
gabriellam@disabilityrightsflorida.org
DISABILITY RIGHTS FLORIDA
2400 East Commercial Blvd., Suite 525
Fort Lauderdale, Florida 33308

Dante Trevisani (FBN 72912)
dtrevisani@fji.law
Ray Taseff (FBN 352500)
rtaseff@fji.law
FLORIDA JUSTICE INSTITUTE, INC.
40 N.W. 3rd Street, Suite 200
Miami, Florida 33128

Rebecca Ramaswamy
(admitted pro hac vice)
rebecca.ramaswamy@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104

Michael L. Huang (admitted pro hac vice)
mhuang@tpmlaw.com
Allison Horwitz (admitted pro hac vice)
ahorwitz@tpmlaw.com
TERRIS, PRAVLIK & MILLIAN, LLP
1701 K Street, N.W., Suite 500
Washington, D.C. 20006

*Counsel for Plaintiff, Disability Rights Florida, Inc.*