**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26377-CIV-ALTONAGA/Reid**

**DISABILITY RIGHTS FLORIDA, INC.**,

Plaintiff,

v.

**KATHRYN WILLIAMS**,

Defendant.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Motion for Entry of [Federal Rule of Evidence] 502(d) Order [ECF No. 34], filed on November 6, 2026. Being fully advised, it is

**ORDERED** as follows:

1. The parties' Joint Motion . . . **[ECF No. 34]** is **GRANTED**.

2. This Order is entered under Federal Rule of Evidence 502(d) and is intended to afford the maximum protection that Rule 502(d) provides.

3. The disclosure of a communication or information covered by the attorney-client privilege or work-product protection does not waive or forfeit the privilege or protection in this proceeding or any other federal or state proceeding, regardless of whether the disclosure satisfies the conditions set forth in Federal Rule of Evidence 502(b).

4. This Order does not limit a party's right to conduct a pre-production review of communications or information for any purpose, including responsiveness and the identification and assertion of privileges or work-product protections.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**